

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BTCDA, LLC, | § | No. 08-23-00171-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number Seven |
| HOUSING AUTHORITY OF THE CITY OF EL PASO d/b/a HOUSING OPPORTUNITY MANAGEMENT ENTERPRISES, | § § | of El Paso County, Texas (TC# 2023DCV0565) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF JULY, 2023.


GINA M. PALAFOX, Justice


Before Rodriguez, C.J., Palafox, and Soto, JJ.